PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD EARL FRANCIS, <br><br> Defendant. | CASE NO: 1:22-CR-00280-ADA-BAM <br><br> ORDER TO UNSEAL INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated:  **November 2, 2022**  _____
UNITED STATES MAGISTRATE JUDGE

Order to Unseal Indictment