1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RICHARD EARL FRANCIS
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 1:22-cr-00280-ADA-BAM

        Plaintiff,                      **STIPULATION TO VACATE STATUS**
12                                      **CONFERENCE AND SET MOTION**
                                        **BRIEFING SCHEDULE;  ORDER**
13 | vs.

   | RICHARD EARL FRANCIS,              Date:  December 13, 2022
14                                      Time:  11:00 a.m.
        Defendant.                      Judge: Hon. Ana de Alba
15

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

19 Federal Defender Griffin Estes, counsel for Richard Earl Francis, that the Court may vacate the

20 status conference currently scheduled for January 11, 2023, at 1:00 p.m. and set the case for a

21 change of plea hearing on December 13, 2022, at 11:00 a.m.

22         The parties agree and request that the Court make the following findings:

23         1.      By previous order, this matter was set for a status conference on January 11,

24 2023, at 1:00 p.m. Time is excluded until that date.

25         2.      The parties agree and stipulate that this matter may be set for a change of plea

26 hearing on December 13, 2022, at 11:00 a.m. The parties will not be filing a plea agreement.

27

28

1    **IT IS SO STIPULATED.**

2                                        Respectfully submitted,

3                                        PHILLIP A. TALBERT
                                         United States Attorney
4

5    Date: December 7, 2022             /s/ *Karen Escobar*
                                         KAREN ESCOBAR
6                                        Assistant United States Attorney
                                         Attorney for Plaintiff
7

8                                        HEATHER E. WILLIAMS
                                         Federal Defender
9

10   Date: December 7, 2022             /s/ *Griffin Estes*
                                         GRIFFIN ESTES
11                                       Assistant Federal Defender
                                         Attorney for Defendant
12                                       RICHARD EARL FRANCIS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Francis – Stipulation to Vacate Status Conference and Set
Change of Plea

1

<u>**O R D E R**</u>

2

      **IT IS SO ORDERED.** The status conference currently scheduled currently scheduled for

3

January 11, 2023, at 1:00 p.m. is hereby vacated. A change of plea hearing is set on December

4

13, 2022, at 11:00 a.m.

5

6

7

IT IS SO ORDERED.

8

    Dated:   <u>December 8, 2022</u>                                    _____

9

                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28