HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
RICHARD EARL FRANCIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:22-cr-00280-ADA |
| | ) | |
| Plaintiff, | ) | **MOTION TO CONTINUE SENTENCING** |
| | ) | **HEARING** |
| vs. | ) | |
| | ) | Date:   March 13, 2023 |
| RICHARD EARL FRANCIS, | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. Ana de Alba |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

Federal Defender Griffin Estes, counsel for defendant Richard Earl Francis, that the sentencing

hearing currently scheduled in the above-captioned matter for March 13, 2023, at 8:30 a.m.,

before the Honorable Ana de Alba, be continued to April 10, 2023, at 8:30 a.m., for a sentencing

hearing.

Mr. Francis was released pending sentencing to a 90-day inpatient program at Westcare

on January 9, 2023. ECF Dckt. # 27. Mr. Francis' 90th day at Westcare is April 10, 2023.

Accordingly, for these reasons, the parties request that the sentencing hearing currently set in this

case for Monday, March 13, 2023, be continued to Monday, April 10, 2023, so that the Mr.

Francis will be completed with Westcare.

1         The requested continuance is made with the intention of conserving time and resources

2    for both the parties and the Court. The government is in agreement with this request and the

3    requested date is a mutually agreeable date for both parties. Probation has no objection to the

4    requested continuance. As this is a sentencing hearing, no exclusion of time is necessary.

5

6                        Respectfully submitted,

7

8                        PHILLIP A. TALBERT
                         United States Attorney

9

10   Date: January 11, 2023          */s/ Karen Escobar*

11                       KAREN ESCOBAR
                         Assistant United States Attorney

12                       Attorney for Plaintiff

13                       HEATHER E. WILLIAMS
                         Federal Defender

14

15   Date: January 11, 2023          */s/ Griffin Estes*

16                       GRIFFIN ESTES
                         Assistant Federal Defender

17                       Attorney for Defendant
                         RICHARD EARL FRANCIS

18

19   **O R D E R**

20        IT IS HEREBY ORDERED that the sentencing hearing scheduled for March 13, 2023, at

21   8:30 a.m., before the Honorable Ana de Alba, be continued to April 10, 2023, at 8:30 a.m., for a

22   sentencing hearing.

23

24

25   IT IS SO ORDERED.

26      Dated:  __January 12, 2023__

27                       UNITED STATES DISTRICT JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28